# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TYRANIKA JOHNSON, | ) | Case No..: 2:18-CV-04886-MLCF-JCW |
| | ) | |
| Plaintiff, | ) | Division: 2 |
| | ) | |
| v. | ) | Section: F |
| | ) | |
| WELLS FARGO BANK, N.A,. | ) | Judge: Hon. Martin L.C. Feldman |
| | ) | |
| Defendant. | ) | Magistrate Judge: Hon. Joseph C. Wilkinson |

## STIPULATION TO DISMISS WITHOUT PREJUDICE

Plaintiff, TYRANIKA JOHNSON, and Defendant, WELLS FARGO BANK, N.A.,

through their respective counsel below, and pursuant to Federal Rule of Civil Procedure

41(a)(1)(A)(ii), stipulate to dismiss this case against WELLS FARGO BANK, N.A., without

prejudice, both sides to bear their own fees and costs.

Respectfully submitted this 8th day of November 2018


AGRUSS LAW FIRM, LLC                      WOMBLE BOND DICKINSON (US) LLP


By: /s/ Michael S. Agruss                 By: /s/ Nadia D. Adams
    Michael S. Agruss                         Nadia D. Adams
    IL ARDC No. 6281600                       CA Bar No. 270428
    4809 N. Ravenswood Avenue, Suite 419      12400 Wilshire Boulevard, Suite 700
    Chicago, IL 60640                         Los Angeles, CA 90025
    312-224-4695 – office                     Telephone: 424-369-2038
    312-253-4451 – facsimile                  nadia.adams@wbd-us.com
    michael@agrusslawfirm.com                 Attorney for Defendant
    Attorney for Plaintiff                    *Admitted Pro Hac Vice*
    *Admitted Pro Hac Vice*

## <u>CERTIFICATE OF SERVICE</u>

      On November 8, 2018, I electronically filed the Stipulation to Dismiss Without Prejudice with the Clerk of the U.S. District Court, using the CM/ECF system, which will provide notice to all parties of record.

By:  /s/ Michael S. Agruss

Michael S. Agruss
